■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WILLIAMS, Appellant. [666 NYS2d 404] —Judgment, Supreme Court, New York County (Jay Gold, J.), rendered July 11, 1995, convicting defendant, after a jury trial, of attempted burglary in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The court's Sandoval ruling was a proper exercise of discretion. Defendant was not entitled to be insulated from questioning as to his prior theft-related crimes simply because of his

tendency to specialize in a specific type of crime (*see, People v Post*, 235 AD2d 299, *lv denied* 90 NY2d 862). The number of convictions as to which inquiry was permitted, representing only a third of defendant's criminal record, was not excessive (*see, People v Rivera*, 227 AD2d 205, *lv denied* 88 NY2d 993). Concur—Murphy, P. J., Sullivan, Tom, Mazzarelli and Colabella, JJ.